■ Morris Cohen, Appellant, v. Leah Weitzner, Respondent.— In an action by a vendee to recover the deposit on a real estate sales contract, and for damages for breach of the contract, for failure of the vendor to tender title in accordance with the terms of the contract, plaintiff appeals from an order of the Supreme Court, Kings County, dated March 26, 1962, which denied his motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ Betty A. Conwell, an Infant, by Betty Conwell, Her Guardian ad Litem, Respondent, v. Manou Partow, Defendant, and Lillian Partow, Appellant.— In an action to recover damages for libel and slander, the defendant Lillian Partow appeals from so much of an order of the Supreme Court, Nassau County, dated March 8, 1962, as denied with respect to her the motion made by her and by the codefendant to dismiss the "Third" cause of action in the complaint, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, for failure to state a cause of action. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ Sue Davis et al., Respondents, v. Clarence Haynie, Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Queens County, dated January 9, 1962, which denied his motion to open his default in answering the complaint and for leave to serve his answer. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ Michael Donohue, Appellant, v. Warren H. Tompkins et al., Respondents, et al., Defendants.— In a negligence action to recover damages for personal injuries sustained by the plaintiff, a passenger in an automobile owned and operated by defendant Warren H. Tompkins, as a result of its collision with an automobile operated by defendant Ott and owned by defendant Lockwood, Kessler & Bartlett, Inc., the plaintiff appeals from a judgment of the Supreme Court, Nassau County, entered October 10, 1961 on a jury's verdict after trial, dismissing the complaint as against the defendants Warren H. Tompkins and William M. Tompkins, Inc. With respect to the other defendants, the action had been settled upon a conditional release; and the trial had proceeded against the two Tompkins defendants only. Judgment affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.